UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JUDY JUSTICE

    Plaintiff,

VS.

PENDLETON PLACE APARTMENTS;
PENDLETON PLACE ASSOCIATES;
KEY MANAGEMENT COMPANY;
ALAN HUFFMAN, in his official
capacity as President of
Key Management Company;
ALICE CRAWFORD, as Manager of
Pendleton Place Apartments

    Defendants.

Civil No. 91-2511-GA

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO
U.S DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
_____

BY _____
         DEPUTY CLERK

## JUDGMENT IN CIVIL CASE

Jury Verdict. This action came before the Court for a trial by jury on August 28, 1995. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that at the conclusion of Plaintiff's proof, the Court granted the motion of the defendants to dismiss Pendleton Place Apartments and Pendleton Place Associates.

IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the Jury Verdict rendered August 31, 1995, judgment is hereby entered in favor of the plaintiff in the amount of $25,000.00 against the remaining defendants. Jurors were polled individually and excused.

_____
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE

September 5, 1995
Date

ROBERT R. DI TR.
Clerk

_____
(By) Deputy Clerk

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __9/6/95__.